IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) FILED: APRIL 16, 2008 |
| | ) 08CV2167    PH |
| EXCALIBUR ELECTRONICS, INC., | ) JUDGE GRADY |
| | ) MAGISTRATE JUDGE MASON |
| Defendant. | ) |

COMPLAINT

Plaintiff, GLJ, LLC, for its complaint against defendant, Excalibur Electronics, Inc., alleges:

1. This is an action for infringement of United States Letters Patent No. D 556,892 S. Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1338(a) and venue lies in this district by virtue of 28 U.S.C. §§ 1391 and 1400(b).

2. Plaintiff GLJ, LLC ("GLJ"), doing business as O2-Cool, is a limited liability company organized and existing under the laws of the State of Illinois and has a principal place of business at 1415 N. Dayton Street, Suite 2S, Chicago, Illinois 60622.

3. Defendant, Excalibur Electronics, Inc. ("Excalibur") is, on information and belief, a corporation organized and existing under the laws of the State of Florida. It has a principal place of business at 13755 S.W. 119th Avenue, Miami, FL 33186. On information and belief, Excalibur is doing business within this district.

4. On December 4, 2007, United States Letters Patent No. US D 556,892 S ("the '892 patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Fan Blade". A true and correct copy of the '892 patent is attached hereto as Exhibit A. GLJ is the owner of the entire right, title and interest in and to the '892 patent, and has the right to bring suit for infringement thereon.

5. Excalibur has, on information and belief, unlawfully and intentionally infringed the '892 patent in this district and elsewhere by making, having made, using, offering for sale and/or selling fan blades embodying the invention of the '892 patent.

6. The wrongful acts of Excalibur as alleged herein were undertaken without authority and without license from GLJ. On information and belief, Excalibur had actual notice of said Letters Patent and its acts of

infringement have been willful and wanton, in blatant disregard for the intellectual property rights of GLJ.

7. The wrongful acts of Excalibur as alleged herein have occurred, and will continue to occur, in this Judicial District and throughout the United States.

8. GLJ has suffered damage by reason of the acts of infringement by Excalibur and will suffer additional and irreparable damage unless Excalibur is enjoined by this Court from continuing its acts of infringement.

WHEREFORE, GLJ requests that this Court enter a judgment in favor of GLJ and against Excalibur and award to GLJ the following relief:

A. Ordering, adjudging and decreeing that Excalibur has directly infringed the '892 patent in violation of 35 U.S.C. § 271(a) and/or 35 U.S.C. § 281 by making, having made, using, selling and/or offering for sale fan blades embodying the invention of the '892 patent;

B. Ordering, adjudging and decreeing that the acts of infringement of the '892 patent committed by Excalibur were committed willfully and knowingly;

C. Enjoining, both preliminarily and permanently, Excalibur, its parents, principals, officers, directors, agents, affiliates, servants, attorneys, employees and all others in privity with it from infringing the '892 patent;

D. Awarding to GLJ damages for infringement of the '892 patent, including Excalibur's profits, together with prejudgment interest on the amount awarded;

E. Awarding to GLJ three times its damages to compensate GLJ under 35 U.S.C. § 284 and/or § 289;

F. Ordering, adjudging and decreeing that the acts of infringement of Excalibur as herein alleged warrant a finding that this is an exceptional case and awarding to GLJ its reasonable attorney's fees under 35 U.S.C. § 285;

G. Awarding to GLJ its costs incurred in the prosecution of this action; and

H. Awarding to GLJ such other and further relief as the Court may deem just and proper.

## JURY DEMAND

GLJ demands trial by jury of all issues in this action so triable.

      Respectfully submitted,

      GLJ, LLC

      <u>s/Keith V. Rockey</u>
      KEITH V. ROCKEY (ID #02360624)
      KATHLEEN A. LYONS (ID #06186939)
       Rockey, Depke & Lyons, LLC
       Sears Tower, Suite 5450
       233 South Wacker Drive
       Chicago, Illinois 60606
       Phone:  (312) 277-2006
       Facsimile:  (312) 441-0570

      Attorneys for Plaintiff GLJ, LLC



US00D556892S

| (12) | **United States Design Patent** | (10) Patent No.: | **US D556,892 S** |
|---|---|---|---|
| | Chen | (45) Date of Patent: ** | Dec. 4, 2007 |

(54) **FAN BLADE**

(75) Inventor: Yung Chen, Clarendon Hills, MI (US)

(73) Assignee: **Squeeze BreezeCirculair, a division of GLJ, LLC**, Chicago, IL (US)

(**) Term: 14 Years

(21) Appl. No.: 29/237,405

(22) Filed: **Aug. 31, 2005**

(51) **LOC (8) Cl.** .................................................. 23-04
(52) **U.S. Cl.** ..................... D23/413; D23/379
(58) Field of Classification Search ............... D23/370, D23/379, 413; 416/246, 223 R, 238
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,341,151 | A | 7/1982 | Sakamoto | ..................... 98/94 R |
| D306,903 | S | 3/1990 | Shin-Chin | |
| 5,547,343 | A | 8/1996 | Jane et al. | ..................... 416/246 |
| D386,565 | S | 11/1997 | Jane et al. | |
| D387,151 | S | 12/1997 | Fok | |
| D387,153 | S | 12/1997 | Fok | |
| D390,947 | S | 2/1998 | Fok | |
| D415,270 | S | 10/1999 | Fok | |
| D429,326 | S | 8/2000 | Fok | |
| D449,373 | S | 10/2001 | Pinchuk | |
| 6,682,308 | B1 | 1/2004 | Fet et al. | ..................... 416/246 |
| D486,572 | S * | 2/2004 | Chen et al. | ................. D23/413 |
| D531,296 | S * | 10/2006 | Chen | ......................... D23/370 |

* cited by examiner

*Primary Examiner*—Lisa Lichtenstein
(74) *Attorney, Agent, or Firm*—Gifford, Krass, Sprinkle, Anderson, & Citkowski, P.C.

(57) **CLAIM**

The ornamental design for a fan blade, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the present design;

FIG. 2 is a front view of the present design;

FIG. 3 is a right side view of the present design;

FIG. 4 is an inverted left side view of the present design; and,

FIG. 5 is a bottom view of the present design.

The broken line showing of portions of the fan blade is included for the purpose of illustrating environmental structure and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



EXHIBIT A

**U.S. Patent**   Dec. 4, 2007   Sheet 1 of 3   **US D556,892 S**



Fig-1



Fig-2



Fig-3



Fig-5



Fig-4