# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| GLJ, LLC d/b/a O2-COOL, Plaintiff, v. EXCALIBUR ELECTRONICS, INC., Defendant. | FILED: APRIL 16, 2008<br>08CV2167   PH<br>JUDGE GRADY<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, GLJ, LLC d/b/a O2-COOL

| | |
|---|---|
| **NAME (Type or print)**<br>Kathleen A. Lyons | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Kathleen A. Lyons | |
| **FIRM**<br>Rockey, Depke & Lyons, LLC | |
| **STREET ADDRESS**<br>233 S. Wacker Dr., Sears Tower Suite 5450 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06186939 | **TELEPHONE NUMBER**<br>312-277-2006 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |