IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) FILED: APRIL 16, 2008 |
| | ) 08CV2167     PH |
| | ) JUDGE GRADY |
| EXCALIBUR ELECTRONICS, INC., | ) MAGISTRATE JUDGE MASON |
| | ) |
| Defendant. | ) |

DISCLOSURE STATEMENT OF GLJ, LLC UNDER
FED.CIV.P. RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the Northern District of Illinois, Plaintiff, GLJ, LLC d/b/a O2-Cool ("GLJ"), hereby states that GLJ does not have any parent corporation or any entity that owns five (5) percent or more of its stock.

Dated:  April 16, 2008                Respectfully submitted,

                                      s/Keith V. Rockey_____
                                      KEITH V. ROCKEY (ID #02360624)
                                      KATHLEEN A. LYONS (ID #06186939)
                                       Rockey, Depke & Lyons, LLC
                                       Sears Tower, Suite 5450
                                       233 South Wacker Drive
                                       Chicago, Illinois 60606
                                       Phone:  (312) 277-2006
                                       Facsimile:  (312) 441-0570

                                      Attorneys for Plaintiff GLJ, LLC