IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) FILED: APRIL 16, 2008 |
| v. | ) 08CV2167       PH |
| | ) JUDGE GRADY |
| EXCALIBUR ELECTRONICS, INC., | ) MAGISTRATE JUDGE MASON |
| | ) |
| Defendant. | ) |

NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4 of the Rules of the United States District Court for the Northern District of Illinois, plaintiff, GLJ, LLC hereby provides the following information regarding the above-captioned patent infringement action.

1. <u>Names And Addresses Of The Parties</u>:

Plaintiff:

GLJ, LLC
1415 N. Dayton Street
Suite 2S
Chicago, IL 60622

Defendants:

Excalibur Electronics, Inc..
13755 S.W. 119th Avenue
Miami, FL  33186

2. <u>Patent Involved In This Action</u>

The patent involved in this action is:

United States Letters Patent No. D 556,892 S, entitled "Fan Blade" issued on December 4, 2007.

3. <u>Named Inventor Of The Patent-In-Suit</u>

Yung Chen is the named inventor of U.S. Patent No. D 556,892 S.

Dated: April 16, 2008

Respectfully submitted,

s/Keith V. Rockey
KEITH V. ROCKEY (ID #02360624)
KATHLEEN A. LYONS (ID #06186939)
 Rockey, Depke & Lyons, LLC
 Sears Tower, Suite 5450
 233 South Wacker Drive
 Chicago, Illinois 60606
 Phone: (312) 277-2006
 Facsimile: (312) 441-0570

Attorneys for Plaintiff GLJ, LLC